UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-7010-GW-AGRx | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Jovanny Hernandez v. Tapestry, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jovahn M. Wiggins | Gregory W. Knopp |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND THE ACTION TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $6,750.00 [15]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [15] was issued on September 30, 2025 [22]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

Court and counsel discuss scheduling. The Court sets a hearing on Plaintiff's motion for class certification for April 23, 2026 at 8:30 a.m. The parties may stipulate to the briefing schedule, except the reply, which is due by no later than April 2, 2026.

The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to November 3, 2025. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | JG | |